**Electronically Filed
Supreme Court
SCWC-17-0000824
03-APR-2019
01:30 PM**

SCWC-17-0000824

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

CHANCE WYKES, Respondent/Defendant-Appellee,

and

LAYTON KANE, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000824; CR. NO. 1CPC-17-0000159)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Layton Kane's

application for writ of certiorari filed on February 21, 2019, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, April 3, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson